UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| C.M.E. O/B/O W.P.B., <br><br> Plaintiff, <br><br> v. <br><br> SHORELINE SCHOOL DISTRICT, <br><br> Defendant. | CASE NO. 2:19-cv-02019-RAJ-BAT <br><br> **BRIEFING SCHEDULE** |

This case is an appeal of a decision by the Office of Administrative Hearings in accordance with 20 U.S.C. § 1415(i)(2). Dkt. 1. As this is an action for review on a closed administrative record, the Court issues the following briefing schedule:[1]

1) Forty-five (45) days following the filing of the administrative record by the OSPI, Administrative Resource Services, Defendant shall file its responsive brief and shall note it for consideration on a date no earlier than the fourth Friday after filing and service of the responsive brief.

2) Plaintiff's brief in opposition shall be filed and served not later than the Monday before the noting date.

---

[1] The Court's April 22, 2020 Order (Dkt. 16) setting dates for initial disclosures and submission of the Joint Status Report and Discovery Plan has been withdrawn as an action for review on a closed administrative record is exempt from the requirements of Fed. R. Civ. P. 26(a) and 26(f).

BRIEFING SCHEDULE - 1

3) Any reply papers shall be filed and served no later than the noting date.

4) Defendant's responsive brief and Plaintiff's brief in opposition shall not exceed twenty-four (24) pages. Any reply brief shall not exceed twelve (12) pages.

DATED this 20th day of May, 2020.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

BRIEFING SCHEDULE - 2