UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| C.M.E. O/B/O W.P.B., <br><br> Plaintiff, <br><br> v. <br><br> SHORELINE SCHOOL DISTRICT, <br><br> Defendant. | CASE NO. 2:19-cv-02019-RAJ-BAT <br><br> **ORDER GRANTING MOTION TO AMEND** |

On May 13, 2020, Plaintiff filed a motion to amend and attached a proposed Amended Complaint. Dkt. 17; 17-1. Defendant filed no objection to the motion to amend. Accordingly, it is **ORDERED** that the Clerk of Court is directed to docket Plaintiff's proposed Amended Complaint.

DATED this 26th day of May, 2020.

BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER GRANTING MOTION TO AMEND - 1