UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| C.M.E. O/B/O W.P.B., <br><br> Plaintiff, <br><br> v. <br><br> SHORELINE SCHOOL DISTRICT, <br><br> Defendant. | CASE NO. 2:19-cv-02019-RAJ-BAT <br><br> **ORDER WITHDRAWING ORDER GRANTING PLAINTIFF'S MOTION TO AMEND (DKT. 21 AND 22)** |

On May 26, 2020, the Court granted Plaintiff's motion to amend (Dkt. 17) and directed the Clerk to docket Plaintiff's proposed amended complaint. Dkt. 21 and 22. Defendant Shoreline School District timely filed a response to the Motion to Amend, which was incorrectly noted on the Court's docket.

Accordingly, it is **ORDERED** that the Clerk of Court shall **withdraw Dkt. 21 and 22** so the Court may consider Defendant's opposition to Plaintiff's motion to amend.

DATED this 26th day of May, 2020.

$\qquad$
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER WITHDRAWING ORDER
GRANTING PLAINTIFF'S MOTION TO
AMEND (DKT. 21 AND 22) - 1