1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7   C.M.E. O/B/O W.P.B.,

8                          Plaintiff,                    CASE NO. 2:19-cv-02019-RAJ-BAT

9         v.                                             **REPORT AND
                                                         RECOMMENDATION**
10  SHORELINE SCHOOL DISTRICT,

11                         Defendant.

12        Before the Court is the motion for summary judgment of Plaintiff, CME ("Parent") as

13  guardian on behalf of W.P.B. ("Student"). Dkt. 30. Defendant Shoreline School District

14  ("Shoreline SD") opposes the motion, among other reasons, because the motion is premature.

15  Dkt. 31. This matter is an appeal of an administrative decision overriding Parent's refusal to

16  consent to an initial evaluation of Student for special education services under the Individuals

17  with Disabilities Education Act (IDEA), 20 U.S.C. § 1400. The Court has entered a briefing

18  schedule which is dependent upon the filing of the administrative record by the OSPI, but the

19  administrative record has not yet been filed with this Court. Dkt. 18.

20        Under the IDEA, a district court must "receive the records of the administrative

21  proceedings," "hear additional evidence at the request of a party," and "bas[e] its decisions on

22  the preponderance of the evidence." 20 U.S.C. § 1415(i)(2)(C). Review of an administrative

23  record is generally limited to the record before the administrative body. *Capistrano Unified Sch.

Dist. v. Wartenberg*, 59 F.3d 884, 891 (9th Cir.1995). Therefore, this Court is unable to fulfill its

1    statutory obligation to receive, review, and accord due weight to the record of the administrative

2    proceedings when resolving this appeal. For these reasons, the Court recommends that Parent's

3    motion for summary judgment **be denied as premature, without prejudice**.

4    <u>OBJECTIONS AND APPEAL</u>

5    This Report and Recommendation is not an appealable order. Therefore, a notice of

6    appeal seeking review in the Court of Appeals for the Ninth Circuit should not be filed until the

7    assigned District Judge enters a judgment in the case.

8    Objections, however, may be filed and served upon all parties no later than **August 4,**

9    **2020.** The Clerk should note the matter for **August 6, 2020**, as ready for the District Judge's

10    consideration if no objection is filed. If objections are filed, any response is due within 14 days

11    after being served with the objections. A party filing an objection must note the matter for the

12    Court's consideration 14 days from the date the objection is filed and served. The matter will

13    then be ready for the Court's consideration on the date the response is due. Objections and

14    responses shall not exceed six (6) pages. The failure to timely object may affect the right to

15    appeal.

16    DATED this 16th day of July, 2020.

17

18    _____
      BRIAN A. TSUCHIDA

19    Chief United States Magistrate Judge

20

21

22

23

REPORT AND RECOMMENDATION - 2