HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

C.M.E. O/B/O W.P.B.,

    Plaintiff,

    v.

SHORELINE SCHOOL DISTRICT,

    Defendant.

Case No. 2:19-cv-02019-RAJ-BAT

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, the parties' objections and responses to that Report and Recommendation, and the remaining record, the Court finds and **ORDERS** as follows:

    1. The Report and Recommendation is **ADOPTED**;

    2. Plaintiff's motion for summary judgment (Dkt. # 30) is **DENIED as premature, without prejudice**;

    3. The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

DATED this 20th day of August 2020.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER – 1