UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| C.M.E. O/B/O W.P.B.,<br><br>                                Plaintiff,<br><br>        v.<br><br>SHORELINE SCHOOL DISTRICT,<br><br>                                Defendant. | CASE NO. 2:19-cv-02019-RAJ-BAT<br><br>**ORDER DENYING MOTION FOR RECONSIDERATION** |

Before the Court is Plaintiff's motion for reconsideration. Dkt. 43. Plaintiff asks the Court to reconsider its Order, which re-noted Plaintiff's motion for summary judgment. Dkt. 42. The motion is denied.

## DISCUSSION

Motions for reconsideration are disfavored and the court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence. *See* Local Rule CR 7(h)(1). Plaintiff does not present any new facts or legal authority and makes no showing of manifest error in the Court's ruling.

Plaintiff argues that by re-noting her motion, the Court has changed the "purpose and intent" of her motion and "re-classif[ied] [her] motion for summary judgment on a new material fact as the Plaintiff's 'Opposition Case Brief.'" Dkt. 43. Plaintiff appears most concerned that the Court will not consider whether "the new material fact that was omitted from the original case in

ORDER DENYING MOTION FOR
RECONSIDERATION - 1

the administrative record is the material issue of the case." *Id.*, p. 4.

Plaintiff's motion was not recharacterized but was simply re-noted for October 9, 2020, so that the Court may consider all material issues raised in this administrative appeal at the same time. Additionally, Plaintiff has not been deprived of an opportunity to file an "Opposition Case Brief." Based on the Court's briefing schedule (Dkt. 18), Plaintiff may do so by October 5, 2020.

Accordingly, Plaintiff's motion for reconsideration (Dkt. 43) is **denied** because she has failed to establish that the Court committed a manifest error of law or fact.

DATED this 24th day of September, 2020.

BRIAN A. TSUCHIDA
Chief United States Magistrate Judge