UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

C.M.E. O/B/O W.P.B.,

        Plaintiff,

  v.

SHORELINE SCHOOL DISTRICT,

        Defendant.

CASE NO. 2:19-cv-02019-RAJ-BAT

**ORDER**

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and **ORDERS**:

(1) The Court **ADOPTS** the Report and Recommendation.

(2) The ALJ's December 2, 2019 Order (AR 0002-0008) overriding Parent's refusal to consent to the District's proposed initial evaluation of Student is **AFFIRMED** and Parent's motion for summary judgment (Dkt. 38) is **DENIED**.

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida.

Dated this 21st day of June, 2021.

                                      */s/ Richard A. Jones*
                                      The Honorable Richard A. Jones
                                      United States District Judge

ORDER - 1