HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| C.M.E. O/B/O W.P.B., <br><br> Plaintiff, <br><br> v. <br><br> SHORELINE SCHOOL DISTRICT, <br><br> Defendant. | Case No. 2:19-cv-02019-RAJ-BAT <br><br> ORDER |

This matter comes before the Court on Plaintiff's Motion and Affidavit for Permission to Proceed In Forma Pauperis. Dkt. # 56.

On June 21, 2021, this Court adopted the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and affirmed the administrative law judge's December 2, 2019 Order (AR 0002-0008) and denied Plaintiff's motion for summary judgment. Dkt. # 51. Plaintiff appealed this Court's order. Dkt. # 52.

Under Federal Rule of Appellate Procedure 24(a), Plaintiff moved this Court for leave to appeal in forma pauperis. Dkt. # 56. Plaintiff also filed a motion to proceed in forma pauperis in his Ninth Circuit proceeding. Dkt. # 57. That motion has already been granted. *Id.*

/ / /

ORDER – 1

/ / /

Because Plaintiff is already proceeding on his appeal in forma pauperis, the instant motion before the Court has become moot. Therefore, the Court **DENIES** as moot Plaintiff's Motion and Affidavit for Permission to Proceed In Forma Pauperis. Dkt. # 56.

DATED this 22nd day of October, 2021.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER – 2